**ALBERT J. MARKLAND v. RUTH MARY MARKLAND, also known as Ruth Purdy Markland.**

13 So. (2nd) 817                     June Term, 1943
June 8, 1943                              Division B
Rehearing Denied June 22, 1943

*R. R. Saunders* and *Thomas E. Swanson,* for appellant.
*McCune, Hiaasen & Fleming,* for appellee.

PER CURIAM:

We have found no error in the orders of the chancellor denying the motions to dismiss the bill, to strike parts of it and to compel its amendment; nor have we found that the chancellor erred in providing, in the order dissolving the injunction issued at the instance of the appellee, that the "bonds are cancelled and discharged" it being our view that any liability incurred on the bonds prior to the date of the signing of the order 20 November 1942 was unaffected.

The application of appellee for "suit money consisting of counsel fees" is denied.

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.